UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:15-CR-023-RLV-DCK |
|---|---|
| v. | ) **ORDER** |
| JEFFREY SCOTT LUTTRELL | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 23) filed September 1, 2015, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Unredacted Document "Factual Basis" (Document No. 22) be sealed, to protect the privacy and identity of the victims and minors in this case until further order of this court,

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion To Seal" (Document No. 23) is hereby **GRANTED**, and that the Unredacted Document "Factual Basis" (Document No. 22), be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office and counsel for Defendant.

Signed: September 1, 2015

David C. Keesler
United States Magistrate Judge