IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CR-023-RLV-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| JEFFREY SCOTT LUTTRELL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) filed by Brian Michael Aus, concerning Jennifer Joy Wirsching on November 10, 2015. Ms. Jennifer Joy Wirsching seeks to appear as counsel *pro hac vice* for Defendant Jeffrey Scott Luttrell. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 33) is **GRANTED.** Ms. Jennifer Joy Wirsching is hereby admitted *pro hac vice* to represent Defendant Jeffrey Scott Luttrell.

**SO ORDERED**.

Signed: November 16, 2015

David C. Keesler
United States Magistrate Judge